KTC:SW
F. #2005R00148

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA

    - against -

TAMARA WILLIAMS,

    Defendant.

- - - - - - - - - - - - - - - - -X



NOTICE OF MOTION

CR 05 084

    PLEASE TAKE NOTICE that the undersigned will move this Court, before a United States District Judge to be assigned, for leave to file an information upon the defendant's waiver of indictment pursuant to Rule 7(b) of the Federal Rules of Criminal Procedure.

Dated:  Brooklyn, New York
       February 1, 2005

                              ROSLYNN R. MAUSKOPF
                              United States Attorney
                              Eastern District of New York

         By:   _____
                Steven Weiser
                Assistant U.S. Attorney

To:  Clerk of the Court

**CR 05 084**

INFORMATION SHEET

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ FEB 3 - 2005 ★
BROOKLYN OFFICE

GERSHON, J
LEVY, M.J.

1. Title of Case: United States v. TAMARA WILLIAMS

2. Related Magistrate Docket Number(s) _____

   None ( )

3. Arrest Date: _____

4. Nature of offense(s):  ☐ Felony
                          ☐ Misdemeanor

5. Related Civil or Criminal Cases - Title and Docket No(s). (Pursuant to Rule 50.3 of the Local E.D.N.Y. Division of Business Rules):

6. Projected Length of Trial:  Less than 6 weeks  ( )
                               More than 6 weeks  ( )

7. County in which crime was allegedly committed: _____
   (Pursuant to Rule 50.1(d) of the Local E.D.N.Y. Division of Business Rules)

8. Has this indictment been ordered sealed?          ( ) Yes  ( ) No

9. Have arrest warrants been ordered?                ( ) Yes  ( ) No

10. Is a capital count included in the indictment?    ( ) Yes  ( ) No

ROSLYNN R. MAUSKOPF
UNITED STATES ATTORNEY

By: _____
STEVE WEISER
Assistant U.S. Attorney
(718) 254-6313

Rev. 10/01/03

84
Gershon/Levy