# FLAMHAFT LEVY KAMINS HIRSCH & RENDEIRO LLP

COUNSELORS AT LAW
SUITE 3301
16 COURT STREET • BROOKLYN, N.Y. 11241

STEPHEN FLAMHAFT
HAROLD L. LEVY
BARRY KAMINS
MARVIN HIRSCH
ANDREW S. RENDEIRO

HON. EDWARD M. RAPPAPORT
COUNSEL

(718) 237-1900
FAX (718) 624-5626
EMAIL: LAWYERS@FLKHLaw.com
WEBSITE: FLKHLAW.COM

NASSAU COUNTY OFFICE
SUITE 600
170 OLD COUNTRY ROAD
MINEOLA, N.Y. 11501
(516) 248-5522

May 15, 2007

FILED
IN CLERKS OFFICE
U.S. DISTRICT COURT E.D. N.Y.
★ MAY 16 2007 ★
P.M.
TIME A.M.

Hon. Nina Gershon
U.S. District Court Judge
U.S. District Court
Eastern District of New York
225 Cadman Plaza East
New York, NY 11201

Re: Tamara Williams
05 Cr 84-01

Dear Judge Gershon:

Pursuant to my conversation today with Victor Joe of your staff, I am respectfully requesting an adjournment of the above referenced case from May 25, 2007 to June 21, 2007 at 12:30.

Cordially,

FLAMHAFT LEVY KAMINS HIRSCH & RENDEIRO LLP

Stephen Flamhaft

SF/ef

cc: Steven Weiser, Esq.
Assistant U.S. Attorney

*Sentencing adjourned to June 21, 2007 @ 12:30 pm*
*Via fax*
*Case Manager to Judge Gershon*
*(718) 613-2655*