PROB 12A
(NYEP-11/25/02)

RECEIVED
In Chambers of
U.S.D.J.

FFR

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ MAR 1 2 2009 ★
BROOKLYN OFFICE

# United States District Court
## for
## Eastern District of New York
### Report on Offender Under Supervision

Name of Offender: **Tamara Williams**     Case Number **05-CR-84-01**

Name of Sentencing Judicial Officer: **The Honorable Nina Gershon**
**United States District Judge**

Date of Original Sentence: **March 28, 2008**

Original Offense: **18 U.S.C. 1029 Conspiracy to Use Unauthorized Access, a Class D felony**

Original Sentence: **One (1) day custody followed by five (2) years supervised release**

Type of Supervision: **TSR**     Date Supervision Commenced: **March 28, 2008**

---

## NON-COMPLIANCE SUMMARY

The offender has not complied with the following condition of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1. | New Criminal Conduct |



U.S. Probation Officer Action: The releasee was arrested on February 11, 2009, by the New York City Police Department for Possession of a Forged Instrument in the Second Degree, a class D felony and Offering a False Instrument to File in the Second Degree, a class A misdemeanor. According to the arrest report, the releasee filed an income tax return on February 2, 2009 and upon further investigation it was discovered that the documents filed were fraudulent. The releasee returned to the same office on February 11, 2009 with an unidentified male and filed the same documents. The complainant receive confirmation from the Internal Revenue Service that the information the releasee field was in fact false. The releasee was unable to post the $40,00 bond and as such remains in custody and is scheduled to appear in Queens Criminal Court on March 3, 2009. The undersigned Probation Officer is currently in contact with the Assistant District Attorney regarding the status of this case. Based on the aforementioned, the Probation Department respectfully recommends that no action be taken at this time pending results of our investigation into the matter and/or the final disposition of this case and shortly thereafter we will petition the court with our recommendation.

Respectfully submitted by,

Roula Eleopoulos
U.S. Probation Officer
Date: February 18, 2009

Approved by,

Robert E. Cardinal
Supervising U.S. Probation Officer
Date: 2/23/08

THE COURT ORDERS:
- [x] No Action
- [ ] Submit a Request for Modifying the Condition or Term of Supervision
- [ ] Submit a Request for Warrant or Summons
- [ ] Other

s/NG
Signature of Judicial Officer

March 2, 2009
Date

A TRUE COPY ATTEST
DATED MAR 09 2009
ROBERT C. HEINEMANN
BY _____ CLERK
            DEPUTY CLERK